MICHAEL ALVAREZ #86655
SOUTHERN DESERT CORRECTIONAL CENTER    CORRESPONDENCE
P.O. BOX 208
INDIAN SPRINGS, NEVADA 89070

APRIL 26, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

RECEIVED
CLERK, U.S. DISTRICT COURT
? 30 2007
DISTRICT OF HAWAII

RE: CIV. NO. 04-00620 SOM/LEK   ALVAREZ V. STATE OF HAWAII, ET AL.

DEAR COURT CLERK:

 THE ABOVE-REFERENCED CASE WAS DISMISSED WITHOUT PREJUDICE BECAUSE I FAILED TO EXHAUST ALL AVAILABLE ADMINISTRATIVE REMEDIES.

 SINCE THE DISMISSAL OF MY COMPLAINT, I HAVE IN FACT EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES AND WOULD LIKE TO REFILE MY COMPLAINT.

 I WAS ADVISED THAT I WOULD BE ABLE TO REFILE MY COMPLAINT UNDER THE SAME CASE NUMBER, AND THAT I WOULD NOT HAVE TO PAY THE FILING FEE AGAIN.

 THEREFORE, I WOULD LIKE TO KNOW IF I CAN REFILE NOW? THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER.

SINCERELY,

MICHAEL ALVAREZ

P.S.
HOW LONG DO I HAVE TO REFILE MY COMPLAINT?

APR 30 2007



MICHAEL ALVAREZ #86665
SOUTHERN DESERT CORRECTIONAL CENTER
P.O. BOX 208
INDIAN SPRINGS, NEVADA 89070

LAS VEGAS NV 891
27 APR 2007 PM 4 T

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

**RECEIVED**
CLERK, U.S. DISTRICT COURT

APR 30

DISTRICT OF HAWAII